IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WARREN, et al., | No. 2:21-CV-0640-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF CHICO, et al., | |
| Defendants. | |

Plaintiff Tona Petersen, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 7). Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 7) is **GRANTED**.

Dated: April 15, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1