Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants, City of Chico
and City of Chico Police Department

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY WARREN; ANDY LAMBACH; JOHNATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICO; CITY CHICO POLICE DEPARATMENT<br><br>Defendants. | Case No. 2:21-cv-00640-MCE-DMC<br><br>DECLARATION OF MARK ORME IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:        April 23, 2021<br>Time:        10:00 a.m.<br>Courtroom:  Videoconference |

I, MARK ORME, declare as follows:

1.     I am employed by the City of Chico and hold the title and position of City Manager.  I've held this full-time position with the City since June 3, 2014.

2.     I am familiar with the allegations and contentions contained in Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief pursuant to 42 U.S.C. Code Section 1983, as well as the allegations and contents contained in Plaintiffs' Ex Parte Motion for Temporary Restraining Order.

1

3.      I declare that all the statements contained herein are true and correct to the best of my knowledge and that I could and would testify as to the truth and veracity of each statement herein.

4.      It is my understanding from reading Plaintiffs' Ex Parte Motion for Temporary Restraining Order that Plaintiffs have alleged that in 2019, Butte Countywide Continuum of Care conducted a Point-In-Time ("PIT") count of unsheltered and sheltered homeless people in the County and that PIT found 571 unsheltered adults live in Chico, California.  The 2019 PIT was conducted on March 28, 2019, over 2 years ago, and concedes that "it is intended to be a snapshot in time."

5.      Contrary to this 2-year-old information, it is my understanding that over the past 2 years, there has not been a formal census taken of the unsheltered in Chico.  As such, there is no current or accurate information, to my knowledge, as to the actual total number of unsheltered adult persons living in Chico.

6.      There is no doubt that the crisis of unsheltered homelessness is a continuing concern in the City of Chico.  So much so that the City of Chico approved a Shelter Crisis Declaration in 2018.  (See Plaintiffs' Exhibit 2 – Resolution No. 82-18, Resolution of the Council of the City of Chico declaring a Shelter Crisis in the City of Chico).  This designation allowed the City to become eligible for the Homeless Emergency Aid Program. ("HELP"), a program to provide immediate assistance for its homeless population.

7.      Additionally, in addressing the need of shelter availability and the need for emergency shelter beds for the unsheltered, the City has taken ongoing and concerted efforts and actions to combat the need and has created in place shelters for the unsheltered.

8.      The City has hired a Homeless Solution Coordinator to lead efforts to comprehensively address homelessness and to set available properties for use for temporary sheltering, navigation centers, and permanent emergency shelters.

2

9.     The Chico Police Department Target Team is the primary unit within the Police Department that is tasked with liaising with the homeless population in Chico.   The Target Team's primary mission is to connect with the homeless population with resources, as well as working closely with Butte County Mental Health to guide people to resources.

10.     The City has a current and ongoing facility, True North Housing/Torres Shelter ("Torres Shelter"), which is a year-round, free shelter that is available to unsheltered men and women.   The Torres Shelter recently re-opened its facilities in March 2021 for full service to the unsheltered.   Based upon my information and belief, currently, the number or shelter beds available every night at the Torres Shelter varies daily between 40/50.   Based upon information and belief, provided by the Chico Police Department, there are open, unused beds nightly.   As such, there are enough shelter beds available to those who want to use them.

11.     In addition to the Torres Shelter, the City has made available to the unsheltered, Project Roomkey, a program which accommodates unsheltered adults 65 years and older, although there is a waiting list now.   There are approximately 71 individuals currently being housed at this facility.

12.     Additionally, the Sabbath House, an emergency shelter formerly located at the Jesus Center in Chico, has been closed due to COVID-19 and has not re-opened as the Jesus Center moves to another location.   I am informed and believe that the Jesus Center plans to re-open the Sabbath House in April 2021.   It was an overnight shelter for woman and children (boys up to 12 years old). When it was open, the Sabbath House had a capacity of 26 beds.

13.     In addition to the Torres Shelter and the Jesus Center, the City has provided long-term land leases at little to no cost, as well as funding for emergency transitional and permanent housing.

14.     One of the current City projects pertaining to the lease of land

3

1    includes Creekside Place apartments which was built in 2015.  15 units of which
2    will be permanent supportive units for seniors who are homeless or at risk of
3    homelessness with a mental health disability.

4         15.     Additionally, starting in 2017, Chico Police Department's Homeless
5    Evaluation Liaison Program ("HELP"), seeks to identify people who are
6    experiencing homelessness who have a desire to return to their support system but
7    need help with transportation.  If requested, officers contact the person's support
8    group and ensure they are willing and able to assist the individual upon their
9    return.  The officer then assists the person by purchasing a bus ticket to their
10    preferred destination.  On average, 10 persons are assisted annually.  The program
11    is run entirely from donations and has assisted many people to return to their
12    families after finding themselves homeless in our community.

13         16.     I declare that from October 2016 to September 2020, Butte County
14    Department of Behavioral Health assigned one of its social workers to the Chico
15    Police Department's Target Team to perform outreach to Chico's unhoused
16    population and others in need.  The social worker is now unavailable due to
17    budget cuts and staffing constraints.

18         17.     As to the City's Anti-Camping Ordinance, it is my understanding that
19    enforcement by the Chico Police Department's Target Team centers inside the
20    City's park and waterways, not in other areas of the City of Chico.  This
21    enforcement is area specific to the parks and waterways and is not a citywide ban
22    on camping.

23         18.     Starting in January 2021, it's my understanding that the Target Team
24    re-instituted enforcement of the Anti-Camping Ordinance as to the designated
25    areas inside of the City parks and waterways only.  Again, this was not a citywide
26    ban on camping.

27         19.     After January 2021, it's my understanding that the Target Team
28    would contact unsheltered adults at the City parks where the campers were

verbally notified that they would need to move and vacate the park.

20.     On or about January 12, 2021, it's my understanding that the Target Team began enforcing the area specific Anti-Camping Ordinance through the issuance of a 72-hour Notice, providing the campers 72-hours to vacate their camps, while at the same time identifying 16 beds which were made available at hotel rooms offered by the Torres Shelter.

21.     It's my understanding that when the Target Team arrives at the locations upon the expiration of the 72-hour Notice, the Target Team never "cleared out" the unsheltered, but provided additional time to gather their personal property and belongings.

22.     It's my understanding that for those unsheltered campers who did not vacate after the 72-hour warning, only four (4) individuals out of an approximately two hundred (200) were cited for illegal encampment by the Target Team.   It's also my understanding that none of the Plaintiffs in this case were issued citations or arrested.

23.     When the Target Team does have contact with the unsheltered campers, it's my understanding that Target Team members, do not recommend that unhoused campers move or relocate to alternative locations including, other locations within parks or other public land where unhoused people have traditionally slept.

24.     It's my understanding that the unhoused campers are directed to relocate to public right of ways, including public sidewalks where under the City of Chico's "Sit and Lie" Ordinance, the homeless can legally sit, lie down and sleep without violating any City Ordinance from 11:00 p.m. to 7:00 a.m., at which time they are required to leave.

25.     It's my understanding that after the expiration of the 72-hour Notice, campers are told that they can take all their personal property and personal belongings with them when they vacate.

26.    It's my understanding that members of the Target Team, inform the campers that if they can't take all of their personal property when vacating, they should place their personal property and belongings in one area and place all their trash and unwanted items in another area.

27.    It's my understanding that those articles that are identified as items to be kept and not destroyed or thrown away, are placed in large storage bins, and are driven to the Chico Police Department for safe keeping and storage.  Any items valued over $100.00 are booked into Chico Police Department evidence in compliance with Civil Code Section 2080.1.

28.    It's my understanding that as to the items designated as trash or unwanted items, those articles are disposed of by the City.

29.    It's my understanding that no member of the Target Team threw away the campers' personal property, belongings or bedding when having campers vacate after the 72-hour Notice.   The only items disposed of are abandoned, contaminated, and infested property or those items designated to be disposed of by the campers.

30.    It's my understanding that at the time of the first enforcement, Torres Shelter staff were present with the Target Team to offer services, including shelter and storage bins, but only during the time the Torres Shelter was open for new unsheltered individuals.

31.    The Target Team and the City does not, as alleged, "methodically" enforce its ordinance throughout the city.  The enforcement is only for specific, designated areas and is not a citywide ban on camping.

32.    The Target Team does not enforce the ordinance during inclement weather.

33.    Additionally, the Target Team has partnered with Butte County Mental Health to help during enforcement.  The Target Team is a first point of contact to inform the unsheltered about the amount and availability of beds at

6

# Exhibit 1





## Our Programs

# Solely Serving Residents of Butte County

**COVID-19 UPDATE: We are accepting new and returning guests who have a negative COVID-19 test. Please bring a copy of your negative test results with you to the shelter.**

- New guests: Please arrive between 2 p.m. and 6 p.m. to check in.

- Returning guests: If you are seeking services and have stayed at the shelter before, please make an appointment with your case manager.

### EMERGENCY SHELTER

The Torres Community Shelter is a free, non-faith based, nonprofit shelter that serves individuals 18 and older in Butte County. Every night, the Torres Shelter provides a warm meal, a hot shower and a safe place to sleep for up to 160 people experiencing homelessness.

However, we do more than just provide shelter. Each individual works closely with a case manager to develop a step-by-step housing action plan to address barriers and secure permanent housing.



Returning guests may return at any time during the day prior to 3 p.m. to check back in. Otherwise, check-in is between 4:30 p.m. and 6 p.m. nightly for returning guests. *Please call and get prior approval for alternate check-in time.*

To make an appointment to meet with staff, please call between 10 a.m. and 2 p.m., Monday-Friday. Case managers, agency representatives and social workers from other service providers must call ahead to arrange for shelter entry on behalf of their clients.

**BASIC RULES:**

It is our highest priority to make the Torres Shelter a safe, clean and healthy place to say.

- No drinking

- No drugs (unless prescribed)

- No violent behavior

**SHELTER SERVICES:**



Guest support services include and are not limited to:

- Emergency overnight shelter for adults



- Clothing vouchers from local thrift stores

- Telephone messaging service

- Laundry and mail service

- Referrals for: public benefits, mental health, legal assistance, employment, addiction, and medical and veterans' services.

## BREAKFAST CLUB

Designed to be as much a work opportunity as it is a way to send our guests out for the day with a balanced meal, our Breakfast Club helps move people forward by providing transferable work skills so they can regain a stable income.

Guests who meet eligibility requirements for the work training program are then required to be safe-serve certified—taking the burden off of the new employer. Guests spend upwards of 30 hours preparing and serving breakfast, giving them a healthy dose of real-world experience.

The Community Action Agency of Butte County's North State Food Bank provides weekly donations of eggs, milk,



getting a job in the food service industry.

## OTHER PROGRAMS

For more information about our Bridge Housing, Permanent Supportive Housing and Rapid Rehousing programs, go to True North Housing Alliance.



Jerry and Kathy lost their housing due to a tragic house fire in 2017. For a month they sought shelter at the Torres Community Shelter. While working with their case manager, they were able to secure housing through the Rapid Rehousing program. A month later, Jerry and Kathy were at home again with their cat Sheba.



SHELTER

101 Silver Dollar Way

Chico, Ca 95928

(530) 891-9048

info@torresshelter.org

# Updates

Sign up with your email address to
receive news and updates.

Email Address

SIGN UP

We respect your privacy.

Torres Shelter.

34.   It is my understanding that the Target Team has not directed anyone who is unsheltered from the City of Chico, to another unsheltered city or town.

35.   The Target Team, in enforcing the ordinance, will make multiple contacts with the unsheltered about upcoming enforcement and attempt to gain voluntary compliance.

36.   Based upon my knowledge and understanding as outlined above, I can state that the City of Chico has made all reasonable attempts to provide the unsheltered with access to adequate shelter facilities, even if the unsheltered, as I understand, have chosen not to utilize these facilities.

I declare under penalty of perjury to the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of April 2021 at City of Chico, State of California.

_____
Mark Orme
Declarant

7

1

**CERTIFICATE OF SERVICE**

2

       I hereby certify that I electronically filed the foregoing with the Clerk of the

3

Court for the United States District Court, Eastern District of California by using

4

the Court's CM/ECF system on April 16, 2021.

5

       I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the appellate CM/ECF system.

7

8

                  /S/ Liza Slaughter

9

                  Liza Slaughter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8