Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants, City of Chico
and City of Chico Police Department

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY WARREN; ANDY LAMBACH; JOHNATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICO; CITY CHICO POLICE DEPARATMENT<br><br>Defendants. | Case No. 2:21-cv-00640-MCE-DMC<br><br>DECLARATION OF PAUL RATTO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:      April 23, 2021<br>Time:      10:00 a.m.<br>Courtroom: Videoconference |

I, PAUL RATTO, declare as follows:

1. I am currently employed full-time by the City of Chico Police Department holding the rank of Sergeant. I have been employed by the City of Chico Police Department for over 17 years.

2. I declare that all the statements contained herein are true and correct to the best of my knowledge and that I could and would testify as to the truth and veracity of each statement herein.

1

3. I am familiar with the allegations and contentions contained in Plaintiffs' Ex Parte Motion for Temporary Restraining Orders, as I have reviewed the entire motion.

4. I currently supervise the Chico Police Department Target Team which is the primary unit within the Chico Police Department that is tasked with acting as a liaison between the Department and the homeless/unsheltered population of Chico.

5. Although a law enforcement unit, the Target Team's primary mission is to connect the homeless unsheltered population with local resources. For example, the Target Team works closely with Butte County Mental Health, the Torres Shelter, and the Jesus Center to guide as many people to resources, including housing.

6. Currently, I, along with a Park Ranger, two sworn Chico Police Officers and a sworn Community Service Officer, on a daily basis consistent with our work schedules, make visits to the park areas where the homeless and unsheltered adults are known campers.

7. Upon contacting these individuals, each is told and informed about the services at the Torres Shelter in Chico, a free, year-round emergency shelter that is available to unsheltered adult men and women.

8. The Torres Shelter recently re-opened its facilities in March 2021 for full service to the unsheltered. Currently, the number of shelter beds available every night at the Torres Shelter varies daily between 40/50. On April 14, 2021, there were 38 shelters beds open and available. To my knowledge, there are open beds every night that go unused. As such, there are enough shelter beds available for those that want to use them.

9. I declare that on every contact I've made with an adult unsheltered individual while out in the field, I've explained the free services and open beds which are available at the Torres Shelter.

10. I declare that none of the unsheltered individuals with whom I contacted in 2021 during the time when Torres Shelter was open and still receiving the unsheltered, agreed or accepted the invitation to use the services and shelter beds of the Torres Shelter.

11. I declare that the Target Team did move the unsheltered from the city parks and waterway when there were no available shelter beds from approximately February 10, 2021 to March 9, 2021. This was based on an area specific enforcement, however, and not a citywide ban on camping.

12. It is my opinion and belief that the unsheltered individuals do not want to accept the services of an open bed at the Torres Shelter for a number of reasons, including rules and regulations regarding conduct and behavior, as well as restrictions as to drug and alcohol use while at the facility.

13. I declare that the City's Anti-Camping Ordinance is only enforced by the Target Team inside the City's parks and waterways, not in any other area, including the public sidewalk, unless an individual blocks ingress or egress to pedestrians, businesses, or residences. The enforcement is "area specific," and not a citywide ban on camping.

14. In addition to the Torres Shelter, the City has made available to the unsheltered Project Roomkey, a program which accommodates unsheltered adults 65 years and older, although there is a full-time waiting list at the moment. There are approximately 71 individuals currently being housed at this facility.

15. In addition, the Sabbath House, an emergency shelter formerly located at the Jesus Center in Chico, has been closed due to COVID-19 and has not re-opened as the Jesus Center moves to another location. I am informed and believe that the Jesus Center plans to re-open the Sabbath House in April 2021. It was an overnight shelter for woman and children (boys up to 12 years old). When it was open, the Sabbath House had a capacity of 26 beds.

16. Prior to the COVID-19 outbreak, the Target Team would be the

3

1   primary Chico Police Department Unit to enforce camping within the City of
2   Chico parks and waterways.
3       17.   Following the COVID-19 outbreak, the City suspended meaningful
4   enforcement of camping within the city parks and waterways.
5       18.   As a result, camping became rampant throughout the city parks
6   systems, making most of it unusable for the citizens of the City of Chico and
7   causing significant ecological damage.
8       19.   Starting in January 2021 the Target Team re-instituted enforcement
9   of the Anti-Camping Ordinance as to the designated areas inside of the city parks
10  and waterways only.  Again, this was not a citywide ban on camping.
11      20.   After January 2021 the Target Team would contact unsheltered adults
12  at the city parks where the campers were verbally notified that they would need to
13  move and vacate the park.
14      21.   On or about January 12, 2021, the Target Team began enforcing the
15  area specific Anti-Camping Ordinance through the issuance of a 72-hour Notice,
16  providing the campers 72-hours to vacate their camps, while at the same time
17  identifying 16 beds which were made available at hotel rooms offered by the
18  Torres Shelter.
19      22.   When the Target Team arrived at the locations upon the expiration of
20  the 72-hour Notice, the Target Team never "cleared out" the unsheltered but
21  provided additional time to gather their personal property and belongings.
22      23.   For those unsheltered campers who didn't vacate after the 72-hour
23  warning, only four (4) individuals out of an approximately two hundred (200)
24  were cited for illegal encampment by the Target Team.  None of the Plaintiffs in
25  this case were issued citations or arrested.
26      24.   When the Target Team had contact with the unsheltered campers,
27  neither I nor any of the Target Team members, recommended that unhoused
28  campers move or relocate to alternative locations including, other locations within

4

1 parks or other public land where unhoused people have traditionally slept.

25. The unhoused campers were directed to relocate to public right of ways, including public sidewalks where under the City of Chico's "Sit and Lie" Ordinance, the homeless can legally sit, lie down and sleep without violating any City Ordinance from 11:00 p.m. to 7:00 a.m., at which time they are required to leave.

26 It's been my experience that most of the unhoused campers that I've spoken to over the past several years, would prefer to live outdoors, rather than use the free shelter services like Torres Shelter.

27. I further declare that after the expiration of the 72-hour Notice, the campers are told that they can take all their personal property and personal belongings with them when they vacate.

28. I, along with members of the Target Team, tell the campers that if they can't take all of their personal property when vacating, they should place their personal property and belongings in one area and place all their trash and unwanted items in another area.

29. Those articles that are identified as items to be kept and not destroyed or thrown away, are placed in large storage bins, and are driven to the Chico Police Department for safe keeping and storage. Any item valued over $100.00 are booked into Chico Police Department evidence in compliance with Civil Code Section 2080.1.

30. As to the items designated as trash or unwanted items, those articles are disposed of by the City.

31. At no time have I or any member of the Target Team thrown away the campers' personal property, belongings or bedding when having campers vacate after the 72-hour Notice. The only items disposed of are abandoned, contaminated, and infested property or those items designated to be disposed of by the campers.

32. At the time of the first enforcement, Torres Shelter staff were present with the Target Team to offer services, including shelter and storage bins, but only during the time the Torres Shelter was open for new unsheltered individuals.

33. The Target Team and the City does not, as alleged, "methodically" enforce its ordinance throughout the city. The enforcement is only for specific, designated areas and is not a citywide ban on camping.

34. The Target Team does not enforce the ordinance during inclement weather.

35. Additionally, the Target Team has partnered with Butte County Mental Health to help during enforcement. The Target Team is a first point of contact to inform the unsheltered about the amount and availability of beds at Torres Shelter.

36. The Target Team has also offered the H.E.L.P. Program to the unsheltered in order to help them re-connect with family and friends with a place to stay.

37. The Target Team has not directed anyone who is unsheltered from the City of Chico, to another unsheltered city or town.

38. The Target Team, in enforcing the ordinance, will make multiple contacts with the unsheltered about upcoming enforcement and attempt to gain voluntary compliance.

39. I have recently observed that the unsheltered campers have not only erected tents for sleeping, but multiple tents which are being used for storage.

40. Based upon my experience as outlined above, I can state that the City of Chico has made all reasonable attempts to provide the unsheltered with access to adequate shelter facilities, even if the unsheltered, as I have declared above, have chosen not to utilize these facilities.

///

///

I declare under penalty of perjury to the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of April 2021 at City of Chico, State of California.

                                       /S/ Paul Ratto  
                                       Paul Ratto, Declarant

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California by using the Court's CM/ECF system on April 16, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


/S/ Liza Slaughter
Liza Slaughter

4810-9395-7606, v. 1