Roger A. Colvin, Esq. (SBN 68773)
Vincent C. Ewing, Esq. (SBN 177708)
Eric G. Salbert, Esq. (SBN 276073)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA  91746
(562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com;  esalbert@agclawfirm.com

Attorneys for Defendants, CITY OF CHICO,
CHICO POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT,<br><br>          Defendants. | Case No.: 2:21-cv-00640-MCE-DMC<br><br>**ORDER RE DEFENDANTS' REQUEST FOR WAIVER OF PERSONAL APPEARANCE AT HEARING**<br><br>DEFENDANTS' REQUEST FOR WAIVER OF PERSONAL APPEARANCE AT HEARING FILED CONCURRENTLY HEREWITH]<br><br>Hearing:<br>Date:    April 23, 2021<br>Time:   10:00 a.m.<br>Crtrm:  Room 7, 14th Floor<br>Judge:  Honorable Morrison C. England, Jr. |

    Having received and reviewed Attorneys for Defendants CITY OF CHICO AND CITY OF CHICO POLICE DEPARTMENT, Vincent C. Ewing, Roger A. Colvin and Eric G. Salbert's Request for Waiver of Personal Appearance at Hearing, and finding good cause, IT IS HEREBY ORDERED that:

    1.    Attorneys for Defendants, Vincent C. Ewing and Eric G. Salbert shall be permitted to attend the Plaintiff's hearing on Motion for Preliminary Injunction set to commence on

April 23, 2021 at 10:00 a.m. before the Honorable Morrison C. England, Jr. by way of videoconference.

IT IS SO ORDERED.

Dated: April 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE