LEGAL SERVICES OF NORTHERN CALIFORNIA
CORY TURNER, SBN # 285235
E-mail: cturner@lsnc.net
541 Normal Avenue
Chico, CA 95928
Telephone: (530) 345-9491
Fax: (530) 345-6913

SARAH J. STEINHEIMER, SBN # 267552
E-mail: ssteinheimer@lsnc.net
STEPHEN E. GOLDBERG, SBN # 173499
E-mail: sgoldberg@lsnc.net
517 12th Street
Sacramento, CA 95928
Telephone: (916) 551-2150
Fax: (916) 551-2195

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT**, <br><br> Defendants. | Case No. 2:21-cv-00640-MCE-DMC <br><br> **ORDER ON PLAINTIFFS' REQUEST FOR WAIVER OF PERSONAL APPEARANCE AT HEARING** <br><br> Date: April 23, 2021 <br> Time: 10:00 a.m. <br> Courtroom: Room 7, 14th Floor (via zoom) <br> Judge: Hon. Morrison C. England, Jr. |

Having received and reviewed Attorneys for Plaintiffs BOBBY WARREN, ANDY LAMBACH, JONATHON WILLIAMS, MICHAEL SAMUELSON, TRACY MILLER, TONA PETERSEN, CAROL BETH THOMPSON and CHRISTA STEVENS, Cory Turner, Sarah J. Steinheimer and Stephen E. Goldberg's Request for Waiver of Personal Appearance at Hearing, and finding good cause, IT IS HEREBY ORDERED that Plaintiffs' request is GRANTED.  The court orders as follows:

Attorneys for Plaintiffs, Cory Turner, Sarah J. Steinheimer and Stephen E. Goldberg shall be permitted to attend the Plaintiffs' hearing on Motion for Preliminary Injunction set to commence on April 23, 2021 at 10:00 a.m. before the Honorable Morrison C. England, Jr. by way of videoconference.

IT IS SO ORDERED.

Dated: April 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order on Waiver of Personal Appearance at Hearing (*Warren, et al v. Chico*)