LEGAL SERVICES OF NORTHERN CALIFORNIA
CORY TURNER, SBN # 285235
E-mail: cturner@lsnc.net
541 Normal Avenue
Chico, CA 95928
Telephone: (530) 345-9491
Fax: (530) 345-6913

SARAH J. STEINHEIMER, SBN # 267552
E-mail: ssteinheimer@lsnc.net
STEPHEN E. GOLDBERG, SBN # 173499
E-mail: sgoldberg@lsnc.net
517 12th Street
Sacramento, CA 95928
Telephone: (916) 551-2150
Fax: (916) 551-2195

Attorneys for Plaintiffs

Roger A. Colvin, Esq. (SBN: 68773)
Vincent C. Ewing, Esq. (SBN: 177708)
Eric G. Salbert, Esq. (SBN: 276073)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
(562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com; vewing@agclawfirm.com
esalbert@agclawfirm.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT**, <br><br> Defendants. | Case No. 2:21-cv-00640- MCE-DMC <br><br> **STIPULATION AND ORDER TO EXTEND TRO AND CONTINUE PRELIMINARY INJUNCTION HEARING** <br><br> Date: May 14, 2021 <br> Time: 10:00 a.m. <br> Courtroom: Room 7, 14th Floor (via videoconference) <br> Judge: Hon. Morrison C. England, Jr. |

1

WHEREAS, on April 11, 2021, this Court granted the Temporary Restraining Order requested by Plaintiffs Bobby Warren, Andy Lambach, Jonathon Williams, Michael Samuelson, Tracy Miller, Tona Peterson, Carol Beth Thompson, and Christa Stevens (Plaintiffs) and set a hearing on Plaintiffs' request for Preliminary Injunction for April 23, 2021;

WHEREAS, counsel for Plaintiffs and counsel for Defendants City of Chico and City of Chico Police Department (Defendants) appeared at the April 23, 2021 hearing on Preliminary Injunction and the parties agreed and this Court ordered that the terms of the Temporary Restraining Order are extended until May 14, 2021 and the hearing on the Preliminary Injunction was continued to May 14, 2021;

WHEREAS, at the April 23, 2021 hearing on Preliminary Injunction this Court asked the parties to discuss resolution of Plaintiffs' request for Preliminary Injunction;

WHEREAS, counsel for the parties met on April 30, 2021 to discuss resolution of the request for Preliminary Injunction, as well as resolution of this litigation, and intend to continue these negotiations;

WHEREAS Defendant City of Chico formed a Homeless Solutions Ad Hoc Committee of the City of Council and held three public hearings on April 28, April 30, and May 3, 2021 and will use information collected in those public hearings to continue discussions with Plaintiffs;

WHEREAS the parties desire that the hearing on the Preliminary Injunction be continued and the Temporary Restraining Order be extended to give the parties more time to discuss and reach resolution;

IT IS THEREFORE STIPULATED, through the parties' respective undersigned counsel of record, as follows:

1.  Plaintiffs and Defendants request this Court continue the hearing on Plaintiffs' request for Preliminary Injunction to June 11, 2021 at 10:00 a.m.;

2.  The parties shall file a joint status statement informing the Court of the status of their discussions no later than June 4, 2021.

3. Plaintiffs and Defendants agree to extend the terms of the Temporary Restraining Order [Docket Number 37] through June 11, 2021 or any date for which this Court sets a hearing on Plaintiffs' Preliminary Injunction, if later than June 11, 2021, as follows:

    a. Defendants City of Chico and Chico Police Department, their agents, servants, employees and attorneys and those in active concert or participation with them are restrained and enjoined from the following:

        i. Enforcing or threatening to enforce the 72-Hour Illegal Encampment Notifications dated April 8, 2021 at 12 p.m. at Comanche Creek Green Way in Chico, California;

        ii. Issuing or enforcing any other 72-Hour Illegal Encampment Notifications as to unhoused persons on public property in Chico, California;

        iii. Enforcing or threatening to enforce the Chico Municipal Code sections listed in the April 8, 2021 72-hour Illegal Encampment Notification, which are Municipal Code sections 12R.04.340, 12.18.430, 9.20.010 through 9.20.060; and 9.50.030. Enforcement and threat of enforcement of § 9.20.030 (Unlawful Camping) is only restrained on public property. Enforcement and threat of enforcement of § 9.50.030 is limited to §§ 9.50.030 (B) -(E) (Waterways Ordinance - Camping, Staying, Storage of Personal Property, Entering and Remaining);

        iv. Enforcing or threatening to enforce California Penal Code § 647(c), which is listed on the April 8, 2021 at 12 p.m. Illegal Encampment Notification; and

        v. Destroying property of unhoused persons seized by Defendants even if Defendants value the property at less than $100 or determine it is not of reasonable value.

///

///

**IT IS SO STIPULATED**


PLAINTIFFS:                              DEFENDANTS:

DATED:  May 6, 2021                      DATED:  May 6, 2021


_____              _____
Legal Services of Northern California    Alvarez-Glasman & Colvin
By: Sarah J. Steinheimer                 By: Vincent C. Ewing
Attorney for Plaintiffs                      Eric G. Salbert
                                         Attorneys for Defendants


        IT IS SO ORDERED.


Dated:  May 10, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE