| | |
|---|---|
| 1 | LEGAL SERVICES OF NORTHERN CALIFORNIA |
| | CORY TURNER, SBN # 285235 |
| 2 | E-mail: cturner@lsnc.net |
| | 541 Normal Avenue |
| 3 | Chico, CA 95928 |
| | Telephone: (530) 345-9491 |
| 4 | Fax: (530) 345-6913 |
| 5 | SARAH J. STEINHEIMER, SBN # 267552 |
| | E-mail: ssteinheimer@lsnc.net |
| 6 | STEPHEN E. GOLDBERG, SBN # 173499 |
| | E-mail: sgoldberg@lsnc.net |
| 7 | 517 12th Street |
| | Sacramento, CA 95928 |
| 8 | Telephone: (916) 551-2150 |
| | Fax: (916) 551-2195 |

Attorneys for Plaintiffs
*Additional counsel continued on next page*

Roger A. Colvin, Esq. (SBN 68773)
Vincent C. Ewing, Esq. (SBN 177708)
Eric G. Salbert, Esq. (SBN 276073)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
(562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com; vewing@agclawfirm.com
esalbert@agclawfirm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT, <br><br> Defendants. | Case No. 2:21-cv-00640- MCE-DMC <br><br> **STIPULATION AND ORDER TO EXTEND TRO AND CONTINUE PRELIMINARY INJUNCTION HEARING** <br><br> Date: June 25, 2021 <br> Time: 10:00 a.m. <br> Courtroom: Room 7, 14th Floor (via videoconference) <br> Judge: Hon. Morrison C. England, Jr. |

WESTERN CENTER ON LAW & POVERTY
ALEXANDER PRIETO, SBN # 270864
Email: aprieto@wclp.org
ROBERT D. NEWMAN, SBN # 86534
Email: rnewman@wclp.org
RICHARD ROTHSCHILD, SBN # 67356
Email: rrothschild@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

Attorneys for Plaintiffs

WHEREAS, on April 11, 2021, this Court granted the Temporary Restraining Order requested by Plaintiffs Bobby Warren, Andy Lambach, Jonathon Williams, Michael Samuelson, Tracy Miller, Tona Peterson, Carol Beth Thompson, and Christa Stevens (Plaintiffs) and set a hearing on Plaintiffs' request for Preliminary Injunction for April 23, 2021;

WHEREAS, counsel for Plaintiffs and counsel for Defendants City of Chico and City of Chico Police Department (collectively referred to here as Defendant) appeared at the April 23, 2021 hearing on Preliminary Injunction and the parties agreed and this Court ordered that the terms of the Temporary Restraining Order are extended until May 14, 2021 and the hearing on the Preliminary Injunction was continued to May 14, 2021;

WHEREAS, at the April 23, 2021 hearing on Preliminary Injunction this Court asked the parties to discuss resolution of Plaintiffs' request for Preliminary Injunction;

WHEREAS, at its April 26, 2021-Special City Council meeting, Defendant formed a Homeless Solutions Ad Hoc Committee of the City of Council and held six public hearings on April 28, April 30, May 3, May 5, May 6, and May 7;

WHEREAS, counsel for the parties met on April 30, 2021 to discuss resolution of the request for Preliminary Injunction, as well as resolution of this litigation, and intend to continue these negotiations;

WHEREAS, on May 6, 2021 the parties signed a stipulation to extend the terms of the Temporary Restraining Order through June 11, 2021 and to continue the hearing on the Preliminary Injunction to June 11, 2021;

WHEREAS, on May 10, 2021 this Court ordered the terms of the Temporary Restraining Order to be extended through June 11, 2021 and continued the hearing on the Preliminary Injunction to June 11, 2021;

WHEREAS, Plaintiffs sent Defendant a written settlement letter on May 12, 2021;

WHEREAS, Defendant met at its regularly scheduled City Council meeting on May 18, 2021 and in closed session considered Plaintiffs' settlement letter;

WHEREAS Defendant responded to Plaintiffs and sent a written settlement proposal on May 26, 2021;

WHEREAS, the parties' counsel spoke telephonically about the Defendant's settlement proposal on May 28, 2021, and Defendant stated it would provide Plaintiffs' a revised settlement proposal on or about June 2, 2021 after meeting with the City Council and discussing the settlement proposal at Defendant's regularly scheduled June 1, 2021 City Council meeting;

WHEREAS, on June 1, 2021, the parties' counsel spoke telephonically after the City Council meeting;

WHEREAS, on June 4, 2021, Defendant's counsel provided Plaintiffs' counsel with a revised written settlement proposal for consideration;

WHEREAS, on June 4, 2021, the parties signed a stipulation to extend the terms of the Temporary Restraining Order through June 25, 2021 and to continue the hearing on the Preliminary Injunction to June 25, 2021;

WHEREAS, on June 4, 2021, this Court ordered the terms of the Temporary Restraining Order to be extended through June 25, 2021 and continued the hearing on the Preliminary Injunction to June 25, 2021;

WHEREAS, on June 9, 2021 Plaintiffs' counsel responded to Defendants' revised written settlement proposal and made a written proposal for an interim resolution that would obviate the need for a preliminary injunction hearing;

WHEREAS, the parties continue to discuss settlement, but have not reached an agreement;[1]

WHEREAS, Defendants do not want to continue indefinitely the Temporary Restraining Order in this lawsuit; and

WHEREAS, the parties desire that the hearing on the Preliminary Injunction be continued and the Temporary Restraining Order be extended by one week to allow Defendants time to submit supplemental briefing in opposition to Plaintiffs' motion for preliminary injunction that will describe their resting site plan to the Court, request termination of the Temporary Restraining Order, and argue that a preliminary injunction should not issue;

WHEREAS, Plaintiffs desire time to respond to Defendants' supplemental briefing;

---

[1] The parties would welcome the assistance of a Magistrate Judge in facilitating further settlement discussions.

4

IT IS THEREFORE STIPULATED, through the parties' respective undersigned counsel of record, and ordered by this Court as follows:

1. The hearing on Plaintiffs' request for Preliminary Injunction is continued to July 2, 2021 at 10:00 a.m.
2. Defendants shall file all evidence and argument about their resting site plan no later than June 21, 2021.
3. Plaintiffs shall file all evidence and argument in response to Defendants' filing no later than June 28, 2021.
4. The terms of the Temporary Restraining Order [Docket Number 37] are extended through July 2, 2021 or any date for which this Court sets a hearing on Plaintiffs' Preliminary Injunction, if later than July 2, 2021, as follows:
   a. Defendants City of Chico and Chico Police Department, their agents, servants, employees and attorneys and those in active concert or participation with them are restrained and enjoined from the following:
      i. Enforcing or threatening to enforce the 72-Hour Illegal Encampment Notifications dated April 8, 2021 at 12 p.m. at Comanche Creek Green Way in Chico, California;
      ii. Issuing or enforcing any other 72-Hour Illegal Encampment Notifications as to unhoused persons on public property in Chico, California;
      iii. Enforcing or threatening to enforce the Chico Municipal Code sections listed in the April 8, 2021 72-hour Illegal Encampment Notification, which are Municipal Code sections 12R.04.340, 12.18.430, 9.20.010 through 9.20.060; and 9.50.030. Enforcement and threat of enforcement of § 9.20.030 (Unlawful Camping) is only restrained on public property. Enforcement and threat of enforcement of § 9.50.030 is limited to §§ 9.50.030 (B) -(E) (Waterways Ordinance - Camping, Staying, Storage of Personal Property, Entering and Remaining);

        iv.    Enforcing or threatening to enforce California Penal Code § 647(c), which is listed on the April 8, 2021 at 12 p.m. Illegal Encampment Notification; and

        v.    Destroying property of unhoused persons seized by Defendants even if Defendants value the property at less than $100 or determine it is not of reasonable value.

**IT IS SO STIPULATED**

PLAINTIFFS:

DATED: June 18, 2021

_____
Legal Services of Northern California
By: Cory Turner
Attorney for Plaintiffs

DEFENDANTS:

DATED: June 18, 2021

_____
Alvarez-Glasman & Colvin
By: Vincent C. Ewing
     Eric G. Salbert
Attorneys for Defendants

## ORDER

The Court hereby adopts the stipulation of the parties as its order. The hearing on Plaintiffs' request for Preliminary Injunction is continued to July 2, 2021 at 10:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: June 18, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE