LEGAL SERVICES OF NORTHERN CALIFORNIA
CORY TURNER, SBN # 285235
E-mail: cturner@lsnc.net
541 Normal Avenue
Chico, CA 95928
Telephone: (530) 345-9491
Fax: (530) 345-6913

SARAH J. STEINHEIMER, SBN # 267552
E-mail: ssteinheimer@lsnc.net
STEPHEN E. GOLDBERG, SBN # 173499
E-mail: sgoldberg@lsnc.net
517 12th Street
Sacramento, CA 95928
Telephone: (916) 551-2150
Fax: (916) 551-2195

Attorneys for Plaintiffs
*Additional counsel continued on next page*

Roger A. Colvin, Esq. (SBN 68773)
Vincent C. Ewing, Esq. (SBN 177708)
Eric G. Salbert, Esq. (SBN 276073)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
(562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com; vewing@agclawfirm.com
esalbert@agclawfirm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS**,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT**,<br><br>Defendants. | Case No. 2:21-cv-00640- MCE-DMC<br><br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**<br><br><br>Judge: Hon. Morrison C. England, Jr. |

1

1   WESTERN CENTER ON LAW & POVERTY
    ALEXANDER PRIETO, SBN # 270864
2   Email: aprieto@wclp.org
    ROBERT D. NEWMAN, SBN # 86534
3   Email: rnewman@wclp.org
    RICHARD ROTHSCHILD, SBN # 67356
4   Email: rrothschild@wclp.org
5   3701 Wilshire Blvd., Suite 208
    Los Angeles, CA 90010
6   Telephone: (213) 487-7211
    Fax: (213) 487-0242
7

8   Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

WHEREAS, on April 11, 2021, this Court granted the Temporary Restraining Order requested by Plaintiffs Bobby Warren, Andy Lambach, Jonathon Williams, Michael Samuelson, Tracy Miller, Tona Peterson, Carol Beth Thompson, and Christa Stevens (Plaintiffs) and set a hearing on Plaintiffs' request for Preliminary Injunction for April 23, 2021;

WHEREAS, on April 15, 2021, this Court issued an Initial Pretrial Scheduling Order pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure;

WHEREAS, Section III of the Initial Pretrial Scheduling Order provides, in part, "[w]ithin sixty (60) days of service of the complaint on any party, or from the date of removal, whichever is later, the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan";

WHEREAS, Section VIII of the Initial Pretrial Scheduling Order provides, in part, "[t]he parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of good cause";

WHEREAS, on April 21, 2021, Plaintiffs served the complaint on Defendants City of Chico and City of Chico Police Department (collectively referred to here as Defendant), obligating the parties meet and confer regarding their discovery plan no later than June 21, 2021[1];

WHEREAS, counsel for Plaintiffs and counsel for Defendant appeared at the April 23, 2021, hearing on Preliminary Injunction and the parties agreed and this Court ordered that the terms of the Temporary Restraining Order are extended until May 14, 2021, and the hearing on the Preliminary Injunction was continued to May 14, 2021;

WHEREAS, at the April 23, 2021, hearing on Preliminary Injunction this Court asked the parties to discuss resolution of Plaintiffs' request for Preliminary Injunction;

WHEREAS, on April 23, 2021, the parties began communicating via email.

WHEREAS, at its April 26, 2021-Special City Council meeting, Defendant formed a Homeless Solutions Ad Hoc Committee of the City of Council and held six public hearings on April 28, April 30, May 3, May 5, May 6, and May 7;

---

[1] As computed pursuant to Rule 6(a) of the Federal Rules of Civil Procedure.

3

WHEREAS, counsel for the parties met on April 30, 2021, to discuss resolution of the request for Preliminary Injunction, as well as resolution of this litigation, and intend to continue these negotiations;

WHEREAS, on May 6, 2021, the parties signed a stipulation to extend the terms of the Temporary Restraining Order through June 11, 2021, and to continue the hearing on the Preliminary Injunction to June 11, 2021;

WHEREAS, on May 10, 2021, this Court ordered the terms of the Temporary Restraining Order to be extended through June 11, 2021, and continued the hearing on the Preliminary Injunction to June 11, 2021;

WHEREAS, Plaintiffs sent Defendant a written settlement letter on May 12, 2021;

WHEREAS, Defendant met at its regularly scheduled City Council meeting on May 18, 2021 and in closed session considered Plaintiffs' settlement letter;

WHEREAS Defendant responded to Plaintiffs and sent a written settlement proposal on May 26, 2021;

WHEREAS, the parties' counsel spoke telephonically about the Defendant's settlement proposal on May 28, 2021, and Defendant stated it would provide Plaintiffs' a revised settlement proposal on or about June 2, 2021, after meeting with the City Council and discussing the settlement proposal at Defendant's regularly scheduled June 1, 2021, City Council meeting;

WHEREAS, on June 1, 2021, the parties' counsel spoke telephonically after the City Council meeting;

WHEREAS, on June 4, 2021, Defendant's counsel provided Plaintiffs' counsel with a revised written settlement proposal for consideration;

WHEREAS, on June 4, 2021, the parties signed a stipulation to extend the terms of the Temporary Restraining Order through June 25, 2021, and to continue the hearing on the Preliminary Injunction to June 25, 2021;

WHEREAS, on June 4, 2021, this Court ordered the terms of the Temporary Restraining Order to be extended through June 25, 2021, and continued the hearing on the Preliminary Injunction to June 25, 2021;

WHEREAS, on June 9, 2021, Plaintiffs' counsel responded to Defendants' revised written settlement proposal and made a written proposal for an interim resolution that would obviate the need for a preliminary injunction hearing;

WHEREAS, the parties continue to discuss settlement, but have not reached an agreement;[2]

WHEREAS, on June 18, 2021, the parties signed a stipulation to extend the terms of the Temporary Restraining Order through July 2, 2021, to continue the hearing on the Preliminary Injunction to July 2, 2021, for Defendant to file all evidence and argument about their resting site plan no later than June 21, 2021, and for Plaintiffs to file all evidence and argument in response to Defendants' filing no later than June 28, 2021;

WHEREAS, on June 18, 2021, this Court ordered the terms of the Temporary Restraining Order to be extended through July 2, 2021, continued the hearing on the Preliminary Injunction to July 2, 2021, Defendants shall file all evidence and argument about their resting site plan no later than June 21, 2021, and Plaintiffs shall file all evidence and argument in response to Defendants' filing no later than June 28, 2021;

WHEREAS, the parties desire and the above recitals demonstrate good cause to extend the deadline to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan to July 9, 2021. The parties have engaged in good-faith settlement negotiations since the April 23, 2021, hearing on Preliminary Injunction. The parties believe the most efficient way to advance this case is to continue focusing on settlement negotiations and the hearing on the Preliminary Injunction on July 2, 2021. If these efforts do not resolve this case, then the Parties will meet and confer regarding a discovery plan in accordance with this stipulation and order;

IT IS THEREFORE STIPULATED, through the parties' respective undersigned counsel of record, and ordered by this Court as follows:

1. No later than July 9, 2021, the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

---

[2] The parties would welcome the assistance of a Magistrate Judge in facilitating further settlement discussions.

**IT IS SO STIPULATED**

PLAINTIFFS:                                      DEFENDANTS:

DATED:  June 21, 2021                            DATED:  June 21, 2021

_____                          _____
Legal Services of Northern California            Alvarez-Glasman & Colvin
By: Cory Turner                                  By: Vincent C. Ewing
Attorney for Plaintiffs                              Eric G. Salbert
                                                 Attorneys for Defendants

        IT IS SO ORDERED.

Dated:  June 30, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order Modifying Initial Pretrial Scheduling Order (*Warren, et al v. Chico*)