LEGAL SERVICES OF NORTHERN CALIFORNIA
CORY TURNER, SBN # 285235
E-mail: cturner@lsnc.net
541 Normal Avenue
Chico, CA 95928
Telephone: (530) 345-9491
Fax: (530) 345-6913

SARAH J. STEINHEIMER, SBN # 267552
E-mail: ssteinheimer@lsnc.net
STEPHEN E. GOLDBERG, SBN # 173499
E-mail: sgoldberg@lsnc.net
517 12th Street
Sacramento, CA 95928
Telephone: (916) 551-2150
Fax: (916) 551-2195

Attorneys for Plaintiffs
*Additional counsel continued on next page*

Roger A. Colvin, Esq. (68773)
Vincent C. Ewing, Esq. (177708)
Eric G. Salbert, Esq. (276073)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA  91746
(562) 699-5500 · Facsimile (562) 692-2244
vewing@agclawfirm.com; rcolvin@agclawfirm.com
esalbert@agclawfirm.com;

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT**, <br><br> Defendants. | Case No. 2:21-cv-00640-MCE-DMC <br><br> **JOINT STATUS REPORT, STIPULATION AND ORDER** <br><br> Judge: Hon. Morrison C. England, Jr. |

1  WESTERN CENTER ON LAW & POVERTY
   ALEXANDER PRIETO, SBN # 270864
2  Email: aprieto@wclp.org
   ROBERT D. NEWMAN, SBN # 86534
3  Email: rnewman@wclp.org
   RICHARD ROTHSCHILD, SBN # 67356
4  Email: rrothschild@wclp.org
5  3701 Wilshire Blvd., Suite 208
   Los Angeles, CA 90010
6  Telephone: (213) 487-7211
   Fax: (213) 487-0242
7
8  Attorneys for Plaintiffs

WHEREAS, on July 2, 2021, the Court referred the parties to Magistrate Judge Kendall J. Newman for a settlement conference and ordered the parties to file a joint status report not later than seven (7) days after the conclusion of the settlement conference (ECF No. 103);

WHEREAS, on July 22, 2021, the parties filed their Joint Rule 26(f) Report (ECF No. 113) that provided in Section VI for proposed dates for future proceedings in this lawsuit, such as the Non-expert Discovery Cutoff;

WHEREAS, on August 3, 2021, Defendant City of Chico introduced an ordinance amending the provisions in the City of Chico Municipal Code at issue in this lawsuit, namely titles 9, 12, and 12R, to regulate the act of camping and storing personal property on public property;

WHEREAS, on August 30, 2021, the parties held a settlement conference before Magistrate Judge Kendall J. Newman, during which significant progress was made (ECF No. 115), and the parties agreed to hold a further settlement conference on September 10, 2021, at 9:00 AM;

WHEREAS, the parties agree this Joint Status Report, Stipulation and Order is intended to satisfy their obligation to provide a joint status report not later than seven (7) days after the conclusion of the August 30, 2021, settlement conference;

WHEREAS, the parties agree that it is most efficient to hold off on discovery and other matters in this lawsuit until after the September 10, 2021, settlement conference and to continue the future proceedings listed in Section VI of the parties' Joint Rule 26(f) Report for two months to devote all their collective resources to the settlement process;

IT IS THEREFORE STIPULATED, through the parties' respective undersigned counsel of record, and ordered by this Court as follows:

1. The parties shall not conduct discovery until after the September 10, 2021, settlement conference overseen by Magistrate Judge Kendall J. Newman;
2. In the event that Defendant City of Chico adopts the ordinance amending titles 9, 12, and 12R of the City of Chico Municipal Code, Defendants will not seek to enforce the amended ordinances or file a motion to dissolve the preliminary injunction while the parties continue

to participate in settlement negotiations overseen by Magistrate Judge Kendall J. Newman; and

3. The future proceedings listed in Section VI of the parties' Joint Rule 26(f) Report (ECF No. 113) are continued to the following dates:

| | |
|---|---|
| Non-expert Discovery Cut-Off | August 9, 2022 |
| Expert Disclosures | October 10, 2022 |
| Rebuttal Expert Disclosures | November 9, 2022 |
| Expert Discovery Cutoff | December 29, 2022 |
| Last Day to File Dispositive Motion | February 7, 2023 |
| Last Day to File Opposition to Dispositive Motion | February 28, 2023 |
| Last Day to File Reply Re Dispositive Motion | March 14, 2023 |
| Motions Hearing Cut-Off | March 21, 2023 |

**IT IS SO STIPULATED**

PLAINTIFFS:                                         DEFENDANTS:

DATED:  September 7, 2021                           DATED:  September 7, 2021

/s/ Cory Turner
Legal Services of Northern California               Alvarez-Glasman & Colvin
By: Cory Turner                                     By: Vincent C. Ewing
Attorney for Plaintiffs                                  Eric G. Salbert
                                                    Attorneys for Defendants

   IT IS SO ORDERED.

   Dated:  September 10, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE