1  LEGAL SERVICES OF NORTHERN CALIFORNIA
   CORY TURNER, SBN # 285235
2  E-mail: cturner@lsnc.net
   MATTHEW K. BOWEN, SBN # 351171
3  E-mail: mbowen@lsnc.net
   541 Normal Avenue
4  Chico, CA 95928
   Telephone: (530) 345-9491
5  Fax: (530) 345-6913

6  KATHERINE WARDRIP, SBN # 306387
   E-mail: kwardrip@lsnc.net
7  SARAH J. STEINHEIMER, SBN # 267552
   E-mail: ssteinheimer@lsnc.net
8  STEPHEN E. GOLDBERG, SBN # 173499
   E-mail: sgoldberg@lsnc.net
9  517 12th Street
   Sacramento, CA 95928
10 Telephone: (916) 551-2150
   Fax: (916) 551-2195
11
   ROBERT D. NEWMAN, SBN # 86534
12 E-mail: rnewman@wclp.org
   RICHARD ROTHSCHILD, SBN # 67356
13 E-mail: rrothschild@wclp.org
   WESTERN CENTER ON LAW AND POVERTY
14 3701 Wilshire Blvd., Suite 208
   Los Angeles, CA 90010
15 Tel.: (213) 487-7211
   Fax: (213) 487-0242
16
   Attorneys for Plaintiffs
17

18                  **UNITED STATES DISTRICT COURT**
                    EASTERN DISTRICT OF CALIFORNIA
19                         SACRAMENTO DIVISION

20

| | |
|---|---|
| 21  **BOBBY WARREN; ANDY LAMBACH; JONATHON WILLIAMS; MICHAEL SAMUELSON; TRACY MILLER; TONA PETERSEN; CAROL BETH THOMPSON; CHRISTA STEVENS**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CHICO; CITY OF CHICO POLICE DEPARTMENT**, <br><br> Defendants. | Case No. 2:21-cv-00640-DAD-AC <br><br> **STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES** |

Pursuant to Eastern District Local Rule 144(a) and (b), the parties agree to extend Plaintiffs' time to file a Motion for Attorney's Fees following the October 31, 2025 Order by Chief Magistrate Judge Carolyn K. Delaney on Defendants' Motion to Modify/Interpret Settlement Agreement. (ECF No. 255.) Without any agreement as to the merits of any such motion, the parties understand that the deadline to file a Motion for Attorney's Fees on the October 31, 2025 Order is November 14, 2025. (F.R.C.P. 54.) The parties have not previously agreed to any extension of this deadline.

Plaintiffs' counsel contacted counsel for the Defendants to meet and confer regarding their intent to file a Motion for Attorney's Fees, but counsel for Defendant stated that they will not be able to respond before the Motion filing deadline because Defendant the City of Chico's next City Council meeting is scheduled for November 18, 2025. To facilitate meeting and conferring between the parties regarding Plaintiffs' intent to file a Motion for Attorneys' Fees, the parties stipulate to extend the time for Plaintiffs to file a Motion for Attorneys' Fees to December 15, 2025.

Dated:  November 7, 2025              LEGAL SERVICES OF NORTHERN CALIFORNIA

                                      By:      /s/ Katherine Wardrip
                                      Katherine Wardrip
                                      Attorney for Plaintiffs

Dated:  November 7, 2025              COLE HUBER LLP

                                      By:
                                      Ronald J. Scholar
                                      Attorney for Defendants

1
2      The stipulation for the extension of the filing date to December 15, 2025 is approved.

3  IT IS SO ORDERED

4

5  Dated:  November 10, 2025

6                                                                _____
                                                                 CAROLYN K. DELANEY
7                                                                UNITED STATES MAGISTRATE JUDGE